834 F.2d 267
 KING WORLD PRODUCTIONS, INC. and Camelot Entertainment
Sales, Inc., Plaintiffs-Appellees,
v.
FINANCIAL NEWS NETWORK, Defendant-Appellant.
 No. 254, Docket 87-7512.
 United States Court of Appeals,
Second Circuit.
 Argued Nov. 23, 1987.
Decided Nov. 24, 1987.
 
 Kenneth G. Roberts, Roberts & Moelis, New York City, for plaintiffs-appellees.
 Paul H. Appel, Friedman, Leeds, Shorenstein & Armenakis, New York City, for defendant-appellant.
 Before VAN GRAAFEILAND, WINTER and MAHONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm for substantially the reasons stated by Judge Weinfeld in his opinions of May 15, 1987, 660 F.Supp. 1381, and of June 4, 1987, --- F.Supp. ---- (S.D.N.Y.1987).
 
 
 2
 Appellees' request for an award of post-judgment fees and other costs is not before us on this appeal and is therefore denied.